**696 ELLISON vs. CIRCUIT JUDGE (Marquette), 41 M., 222.**

To compel the entry of a certain judgment on a verdict.
Denied June 18, 1879.

Relator sued E. S. and F. on a partnership note of E. and S., payable to relator or order, upon the back of which F. had written his name. E. and S. were defaulted and reference was made to the clerk to assess damages against them. F. appeared, pleaded and went to trial. The jury found for the plaintiff

against F. and assessed the damages without including E. and S. After the discharge of the jury, plaintiff moved that the verdict be amended to show an assessment against all of the defendants, and for judgment thereon. This was refused and plaintiff then moved for judgment against F. alone, on the ground that the action had become severed under the statute. This was also refused, and relator asks for a mandamus to grant one application or the other.

Held, that relator would be entitled to judgment upon assessment against E. and S., and the verdict against F. taken together, and suggested that such judgment should recite that it was rendered upon such assessment and verdict.